| Fill in this information to identify your case and this filing: | | |
|---|---|---|
| Debtor 1 | Paul Ray Coulter, III | |
| | First Name — Middle Name — Last Name | |
| Debtor 2 | Desiree Elizabeth Coulter | |
| (Spouse, if filing) | First Name — Middle Name — Last Name | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA | |
| Case number | 20-03623-5-DMW | |

■ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1
**476 Steel Hopper Way**
Street address, if available, or other description

**Garner    NC    27529-0000**
City    State    ZIP Code

**Wake**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$300,000.00**
Current value of the portion you own?    **$300,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Tenancy by entirety**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................=>    **$300,000.00**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Paul Ray Coulter, III**
Debtor 2 **Desiree Elizabeth Coulter**

Case number (if known) **20-03623-5-DMW**

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

**3.1**
Make: **Nissan**
Model: **Pathfinder Utility 4D SV 4WD**
Year: **2014**
Approximate mileage:
Other Information:
3.5L V6
VIN# 5N1AR2MM5EC632996

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$9,650.00**
Current value of the portion you own? **$9,650.00**

**3.2**
Make: **Chrysler**
Model: **Town & Country**
Year: **2013**
Approximate mileage: **147,200**
Other information:
VIN# 2CHRC1BG2DR638129

Who has an interest in the property? Check one
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? **$4,450.00**
Current value of the portion you own? **$4,450.00**

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=> **$14,100.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Small kitchen appliances Resale value | $25.00 |
| Stove Resale value | $50.00 |
| Refrigerator Resale value | $200.00 |
| Washer/dryer Resale value | $100.00 |

| Debtor 1 | Paul Ray Coulter, III | | |
|---|---|---|---|
| Debtor 2 | Desiree Elizabeth Coulter | Case number (if known) | 20-03623-5-DMW |

| | |
|---|---:|
| China/dishes<br>Resale value | $25.00 |
| Silver/flatware<br>Resale value | $25.00 |
| Living room and den furniture<br>Resale value | $100.00 |
| Bedroom furniture<br>Resale value | $250.00 |
| Dining room furniture<br>Resale value | $50.00 |
| Office furniture<br>Resale value | $50.00 |
| Lawn furniture/grill<br>Resale value | $25.00 |
| Lawn mower<br>Resale value | $25.00 |
| Tools<br>Resale value | $50.00 |
| Small kitchen appliances<br>Resale value | $100.00 |
| Freezer<br>Resale value | $50.00 |
| China/everyday dishes<br>Resale value | $25.00 |
| Silver/everyday flatware<br>Resale value | $25.00 |
| Living room and den furniture<br>Resale value | $200.00 |
| Bedroom furniture<br>Resale value | $100.00 |

| Debtor 1 | Paul Ray Coulter, III | | Case number *(if known)* | 20-03623-5-DMW |
|---|---|---|---|---|
| Debtor 2 | Desiree Elizabeth Coulter | | | |

| Office furniture Resale value | $50.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No

■ Yes. Describe.....

| Televisions, computers. phones, tablets, stereos, DVD players/video cameras, video game systems, etc. Resale value | $250.00 |
|---|---|

### 8. Collectibles of value
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No

■ Yes. Describe.....

| Book, music, and film collection Resale value | $250.00 |
|---|---|

### 9. Equipment for sports and hobbies
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

### 10. Firearms
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

■ No

☐ Yes. Describe.....

### 11. Clothes
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Clothes Resale value | $200.00 |
|---|---|

### 12. Jewelry
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Jewelry Resale value | $200.00 |
|---|---|

### 13. Non-farm animals
*Examples:* Dogs, cats, birds, horses

☐ No

■ Yes. Describe.....

| Dogs [2], cat Resale value | $150.00 |
|---|---|

Debtor 1  Paul Ray Coulter, III
Debtor 2  Desiree Elizabeth Coulter                                    Case number *(if known)* 20-03623-5-DMW

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................................  $2,575.00

### Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?   **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes..........

                                                                                           Cash     $0.00

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes.......................

    Institution name:

    | 17.1. | Share | Coastal Federal Credit Union 2891 | $7.03 |
    | 17.2. | Checking | Wells Fargo 7985 | $112.92 |
    | 17.3. | Savings | Wells Fargo 2451 | $590.87 |
    | 17.4. | Checking | Coastal Federal Credit Union 2891-01 | $331.45 |
    | 17.5. | Checking | Wells Fargo 8009 | $20,035.40 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ☒ Yes.................

    Institution or issuer name:

    TD Ameritrade                                                                                  $236.20

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ☒ Yes. Give specific information about them....................
       Name of entity:                                              % of ownership:

| Debtor 1 | Paul Ray Coulter, III | | | |
|---|---|---|---|---|
| Debtor 2 | Desiree Elizabeth Coulter | | Case number *(if known)* | 20-03623-5-DMW |

| | Golbrick Enterprises LLC Debts greater than assets | | 100 % | $0.00 |
|---|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
    Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | Retirement | Acorn | $140.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☐ No
    ■ Yes. ......................

    | | Institution name or individual: | |
    |---|---|---|
    | Rent | Salem Street Realty | $1,225.00 |

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Paul Ray Coulter, III**
Debtor 2    **Desiree Elizabeth Coulter**                                                   Case number *(if known)*    **20-03623-5-DMW**

28. **Tax refunds owed to you**
    ☐ No
    ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

    | 2018 | Federal | $1,536.00 |

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | **TruStage Financial** **Insured: Desiree Coulter** | Lilla Keresztury | $0.00 |
    | **Life insurance through employer** **Insured: Paul Coulter** | | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

    | Goldbrick Enterprises, LLC owes the debtors | $5,000.00 |

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific Information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here...................................................................................................**    $29,214.87

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest in. List any real estate in Part 1.**

Debtor 1   **Paul Ray Coulter, III**
Debtor 2   **Desiree Elizabeth Coulter**                                                     Case number *(if known)* **20-03623-5-DMW**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest In That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................... | **$0.00** |

**Part 8:** List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ...................................................................................................... | | | **$300,000.00** |
| 56. **Part 2: Total vehicles, line 5** | $14,100.00 | | |
| 57. **Part 3: Total personal and household items, line 15** | $2,575.00 | | |
| 58. **Part 4: Total financial assets, line 36** | $29,214.87 | | |
| 59. **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. **Part 7: Total other property not listed, line 54** + | $0.00 | | |
| 62. **Total personal property.** Add lines 56 through 61... | $45,889.87 | Copy personal property total | $45,889.87 |
| 63. **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $345,889.87 |

Rev. 3/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:
**Paul Ray Coulter, III**
**Desiree Elizabeth Coulter**
Debtor(s).

CASE NUMBER:
**20-03623-5-DMW**

**AMENDED**
SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

We, **Paul Ray Coulter, III and Desiree Elizabeth Coulter**, claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: **(Attach additional sheets if necessary).**

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| 476 Steel Hopper Way Garner, NC 27529 Wake County | 300,000.00 | J | Freedom Mortgage | 277,787.51 | 22,212.49 | 60,000.00 |

Debtor's Age:
Name of former co-owner:

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $    60,000.00**

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500).

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| 2013 Chrysler Town & Country 147,200 miles VIN# 2CHRC1BG2DR638129 | 4,450.00 | J | | | 4,450.00 | 3,500.00 |
| 2014 Nissan Pathfinder Utility 4D SV 4WD 3.5L V6 VIN# 5N1AR2MM5EC632996 | 9,650.00 | D1 | | | 9,650.00 | 3,500.00 |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $    7,000.00**

3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents). The number of dependents for exemption purposes is **3**.

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| Bedroom furniture Resale value | 250.00 | D1 | | | 250.00 | 250.00 |
| Bedroom furniture Resale value | 100.00 | D2 | | | 100.00 | 100.00 |

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| Book, music, and film collection Resale value | 250.00 | D1 | | | 250.00 | 250.00 |
| China/dishes Resale value | 25.00 | D1 | | | 25.00 | 25.00 |
| China/everyday dishes Resale value | 25.00 | D2 | | | 25.00 | 25.00 |
| Clothes Resale value | 200.00 | J | | | 200.00 | 200.00 |
| Dining room furniture Resale value | 50.00 | D2 | | | 50.00 | 50.00 |
| Dogs [2], cat Resale value | 150.00 | J | | | 150.00 | 150.00 |
| Freezer Resale value | 50.00 | D2 | | | 50.00 | 50.00 |
| Jewelry Resale value | 200.00 | D2 | | | 200.00 | 200.00 |
| Lawn furniture/grill Resale value | 25.00 | D2 | | | 25.00 | 25.00 |
| Lawn mower Resale value | 25.00 | D2 | | | 25.00 | 25.00 |
| Living room and den furniture Resale value | 100.00 | D1 | | | 100.00 | 100.00 |
| Living room and den furniture Resale value | 200.00 | D2 | | | 200.00 | 200.00 |
| Office furniture Resale value | 50.00 | D1 | | | 50.00 | 50.00 |
| Office furniture Resale value | 50.00 | D2 | | | 50.00 | 50.00 |
| Refrigerator Resale value | 200.00 | D2 | | | 200.00 | 200.00 |
| Silver/everyday flatware Resale value | 25.00 | D2 | | | 25.00 | 25.00 |
| Silver/flatware Resale value | 25.00 | D1 | | | 25.00 | 25.00 |
| Small kitchen appliances Resale value | 25.00 | D1 | | | 25.00 | 25.00 |
| Small kitchen appliances Resale value | 100.00 | D2 | | | 100.00 | 100.00 |
| Stove Resale value | 50.00 | D2 | | | 50.00 | 50.00 |
| Televisions, computers. phones, tablets, stereos, DVD players/video cameras, video game systems, etc. Resale value | 250.00 | D1 | | | 250.00 | 250.00 |
| Tools Resale value | 50.00 | D1 | | | 50.00 | 50.00 |
| Washer/dryer Resale value | 100.00 | D2 | | | 100.00 | 100.00 |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):** $

Schedule C-1 - Property Claimed as Exempt - 3/2016

Page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                        Best Case Bankruptcy

2,575.00

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(5): $  0.00**

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | Cash Value |
|---|---|
| -NONE- | |

6. NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
|---|
| -NONE- |

7. NCGS 1C-1601(a)(8) COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
|---|
| -NONE- |

8. NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| **2013 Chrysler Town & Country 147,200 miles VIN# 2CHRC1BG2DR638129** | 4,450.00 | J | | | 4,450.00 | 950.00 |
| **2014 Nissan Pathfinder Utility 4D SV 4WD 3.5L V6 VIN# 5N1AR2MM5EC632996** | 9,650.00 | D1 | | | 9,650.00 | 1,363.95 |
| **Checking: Coastal Federal Credit Union 2891-01** | 331.45 | D2 | | | 331.45 | 331.45 |
| **Checking: Wells Fargo 7985** | 112.92 | D2 | | | 112.92 | 112.92 |
| **Checking: Wells Fargo 8009** | 20,035.40 | D1 | | | 20,035.40 | 3,045.18 |
| **Federal: 2018** | 1,536.00 | J | | | 1,536.00 | 1,536.00 |
| **Goldbrick Enterprises, LLC owes the debtors** | 5,000.00 | J | | | 5,000.00 | 1,826.40 |
| **Savings: Wells Fargo 2451** | 590.87 | D1 | | | 590.87 | 590.87 |

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
|---|---|---|---|---|---|---|
| **Share: Coastal Federal Credit Union 2891** | 7.03 | D2 | | | 7.03 | 7.03 |
| **TD Ameritrade** | 236.20 | D2 | | | 236.20 | 236.20 |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(2):  $   10,000.00**

9. NCGS 1C-1601(a)(9) and 11 U.S.C. § 522 INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number | |
|---|---|
| **Retirement: Acorn** | |

10. NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary | |
|---|---|
| -NONE- | |

11. NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number | |
|---|---|
| -NONE- | |

12. NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds | |
|---|---|
| -NONE- | |

13. TENANCY BY THE ENTIRETY. The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

**VALUE CLAIMED AS EXEMPT:  $   0.00**

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | -NONE- | | |
|---|---|---|---|

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | | |
|---|---|---|
| a. | Debtor earnings necessary to support family (all earnings from last 60 days), N.C. Gen. Stat. § 1-362. Wells Fargo checking. | 16,990.22 |
| b. | Group life insurance benefits, N.C. Gen. Stat. § 58-58-165 | 0.00 |
| c. | Group life insurance benefits, N.C. Gen. Stat. § 58-58-165 | 0.00 |

### 16. FEDERAL PENSION FUND EXEMPTIONS

| -NONE- | | |
|---|---|---|

### 17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| -NONE- | | |
|---|---|---|

### 18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| -NONE- | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a. Of the United States or its agencies as provided by federal law.
b. Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;
c. Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.
d. Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.
e. For payment of obligations contracted for the purchase of specific real property affected.
f. For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.
g. For statutory liens, on the specific property affected, other than judicial liens.
h. For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.
i. For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.
j. Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).
k. Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| -NONE- | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

We, **Paul Ray Coulter, III and Desiree Elizabeth Coulter**, declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 6 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: **December 16, 2020**

/s/ **Paul Ray Coulter, III**
**Paul Ray Coulter, III**
                    Debtor

/s/ **Desiree Elizabeth Coulter**
**Desiree Elizabeth Coulter**
                      Debtor 2

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Paul Ray Coulter, III** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Desiree Elizabeth Coulter** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA | | |
| Case number (If known) | 20-03623-5-DMW | | |

■ Check if this is an amended filing

## Official Form 106Sum
### Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:  Summarize Your Assets**

|   | | Your assets<br>Value of what you own |
|---|---|---:|
| 1. | **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B............................................................... | $ 300,000.00 |
|   | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................... | $ 45,889.87 |
|   | 1c. Copy line 63, Total of all property on Schedule A/B............................................................... | $ 345,889.87 |

**Part 2:  Summarize Your Liabilities**

|   | | Your liabilities<br>Amount you owe |
|---|---|---:|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D...* | $ 277,787.51 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................. | $ 578.00 |
|   | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............ | $ 143,472.36 |
|   | **Your total liabilities** | **$ 421,837.87** |

**Part 3:  Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*........................................ | $ 10,135.82 |
|---|---|---:|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................ | $ 10,245.04 |

**Part 4:  Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   
   ■ Yes
7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   
   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

Debtor 1  **Paul Ray Coulter, III**
Debtor 2  **Desiree Elizabeth Coulter**
the court with your other schedules.

Case number *(if known)* **20-03623-5-DMW**

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ **17,659.08**

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on Schedule E/F, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 578.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 578.00 |

## United States Bankruptcy Court
### Eastern District of North Carolina

In re  **Paul Ray Coulter, III**
**Desiree Elizabeth Coulter**
                                      Debtor(s)

Case No.  **20-03623-5-DMW**
Chapter  **7**

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing, consisting of __0__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date  **December 16, 2020**        Signature  **/s/ Paul Ray Coulter, III**
                                               **Paul Ray Coulter, III**
                                               Debtor

Date  **December 16, 2020**        Signature  **/s/ Desiree Elizabeth Coulter**
                                               **Desiree Elizabeth Coulter**
                                               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**RALEIGH DIVISION**

IN RE:

PAUL RAY COULTER, III,                    CASE NO. 20-03623-5-DMW
DESIREE ELIZABETH COULTER,                CHAPTER 7

DEBTORS

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Amended Schedule A/B, Schedule C, Summary of Assets and Liabilities and Certain Statistical Information, and Declaration Concerning Debtor's Schedules was served on the entities listed below at their last known address with sufficient postage thereon, or, if such interested party is an electronic filing user, by serving such interested party, electronic transmission, pursuant to Local Rule 5005-4(9)(b).

Holmes P. Harden
Chapter 7 Trustee
*Served Electronically*

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2020

/s/ Travis Sasser
Travis Sasser
Attorney for Debtors
State Bar No. 26707
2000 Regency Parkway, Suite 230
Cary, North Carolina 27518
Tel: 919.319.7400
Fax: 919.657.7400
travis@sasserbankruptcy.com